FILED
CLERK, U.S. DISTRICT COURT

MAY 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JONATHAN BLACKWELL,   )   NO. CV 12-6209-JSL(E)
                     )
    Petitioner,     )
                     )   ORDER ACCEPTING FINDINGS,
    v.              )
                     )   CONCLUSIONS AND RECOMMENDATIONS
G.D. LEWIS, Warden,  )
                     )   OF UNITED STATES MAGISTRATE JUDGE
    Respondent.     )
                     )

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///
///
///
///

```
 1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
 2   the Magistrate Judge's Report and Recommendation and the Judgment
 3   herein on Petitioner and counsel for Respondent.
 4
 5        LET JUDGMENT BE ENTERED ACCORDINGLY.
 6
 7        DATED:  _____5/3/_____, 2013.
 8
 9
10                              _____/s/ Spencer Letts_____
                                      J. SPENCER LETTS
11                                UNITED STATES DISTRICT JUDGE
```