FILED
CLERK, U.S. DISTRICT COURT

MAY 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BLACKWELL,<br><br>    Petitioner,<br><br>  v.<br><br>G.D. LEWIS, Warden,<br><br>    Respondent. | NO. CV 12-6209-JSL(E)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 5/3/13, 2013.

/s/ Spencer Letts
_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE