FILED
CLERK, U.S. DISTRICT COURT
MAY 3 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BLACKWELL, | ) NO. CV 12-6209-JSL(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| G.D. LEWIS, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 5/3/13, 2013.

/s/ Spencer Letts

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE